UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
FRANCIS TEMCHESHEN,                                         :
                                                            :
                               Plaintiff,            :
                                                            :       21-cv-950 (VSB)
              -against-                                 :
                                                            :            **ORDER**
VICTOR M. REYES and MERSE                                   :
BROTHERS, INC.                                              :
                                                            :
                              Defendants.           :
                                                            :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Due to a scheduling conflict, the post-discovery conference previously scheduled for February 24, 2022 is hereby adjourned to March 3, 2022 at 3 PM. The parties are hereby ORDERED to file a joint letter on or before February 24, 2022 to inform this Court of the current status of the case, including any anticipated summary judgement motions.

SO ORDERED.

Dated: February 14, 2022
       New York, New York

                                                 Vernon S. Broderick
                                                 United States District Judge