UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                             :

FRANCIS TEMCHESHEN,                 :
                                             :

                    Plaintiff,     :

                                             :                  21-cv-950 (VSB)

         -against-                   :

                                             :                      **ORDER**

VICTOR M. REYES and MERSE       :
BROTHERS, INC.                   :
                                             :

                    Defendants.   :
                                             :
--------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

        Today, I held a conference in this case.  In light of the discussions during the conference,

the parties are hereby ORDERED to file a joint letter on or before April 15, 2022 to inform the

Court of the expected date for mediation.


SO ORDERED.

Dated:  April 1, 2022
          New York, New York

                                    _____
                                    Vernon S. Broderick
                                    United States District Judge