UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                          :
FRANCIS TEMCHESHEN,                 :
                          :
                Plaintiff,     :
                          :           21-cv-950 (VSB)
         -against-       :
                          :           **ORDER**
VICTOR M. REYES and MERSE   :
BROTHERS, INC.                 :
                          :
                Defendants.  :
                          :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       It has been reported to me that the parties have agreed to hold a mediation on April 25, 2022.  Accordingly, it is hereby ORDERED that on or before May 6, 2022, the parties shall file a joint letter indicating whether they have reached settlement during the mediation; if the parties have failed to reach any settlement, they shall set a briefing schedule for Plaintiff's motion for summary judgment.

SO ORDERED.

Dated: April 28, 2022
       New York, New York

                                                       Vernon S. Broderick
                                                       United States District Judge