# MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.

www.moodklaw.com

**WESTCHESTER COUNTY OFFICE**
*580 White Plains Road*
*Suite 620*
*Tarrytown, NY 10591*
*(914) 345-3701 Fax: (914) 345-3743*

*Lynn Abelson Liebman*
Member NY Bar
(914) 593-7302
LLiebman@moodklaw.com

May 2, 2022

**APPLICATION GRANTED**
**SO ORDERED** [signature]
**VERNON S. BRODERICK**
**U.S.D.J.**   05/03/22

The parties shall promptly notify me of the result of their second mediation.

**VIA ECF:**
Hon. Justice Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

Re:      **Francis Temcheshen v. Victor M. Reyes and Merse Brothers Inc.**
         Docket No.       :   21-CV-950 (VSB)
         Our File No.     :   1929.109494

Honorable Justice Broderick:

The within correspondence is submitted jointly by the attorneys for the Plaintiff and Defendants with regard to the Courts directive of April 28, 2022.

The parties appeared for mediation on April 25, 2022. While the discussions were encouraging, issues arose that require investigation. The parties have agreed to a further mediation within the next few weeks. It is anticipated, the mediation will take place before the end of May. It is therefore respectfully requested that the matter be put over for a date after June 1, 2022. Should the case be settled at mediation, we will promptly notify the Court.

Thank you for your courtesy with regard to the above. Should you have any questions or concerns, please do not hesitate to contact the undersigned.

Respectfully Submitted,

**MARKS, O'NEILL, O'BRIEN,**
**DOHERTY & KELLY, P.C.**

[signature]

Lynn Abelson Liebman

**SCHWARTZAPFEL LAWYERS P.C.**

[signature]

_____
John F. Campbell, III, Esq.

LAL:gc1