UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
FRANCIS TEMCHESHEN,                                        :
:
                     Plaintiff,      :
:    21-cv-950 (VSB)
      -against-                                      :
:    **ORDER**
:
VICTOR M. REYES and MERSE                                  :
BROTHERS, INC.                                             :
:
                  Defendants.       :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      It is hereby ORDERED that on or before July 17, 2022, the parties shall file a joint letter explaining the current status of the case.

SO ORDERED.

Dated: July 8, 2022
       New York, New York

                                              Vernon S. Broderick
                                              United States District Judge