UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
FRANCIS TEMCHESHEN,                                           :
:
                           Plaintiff,   :
:      21-cv-950 (VSB)
           -against-                                         :
:         **ORDER**
VICTOR M. REYES and MERSE                                     :
BROTHERS, INC.                                                :
:
                         Defendants.   :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On September 16, 2022, the parties filed a Letter Motion for Extension of Time, requesting additional time to proceed with mediation. (Doc. 30.) On September 19, 2022, I granted the motion, and ordered the parties to file a joint letter explaining the status of the case to November 4, 2022.

The deadline has now passed, and I have not received any additional updates from either parties. If Plaintiff intends to continue prosecuting this case, they are directed to file a joint letter with Defendants explaining the status of the case by November 16, 2022. If they fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    November 14, 2022
              New York, New York

                                                      VERNON S. BRODERICK
                                                      United States District Judge