```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
FRANCIS TEMCHESHEN,                                         :
                                                            :
                              Plaintiff,                    :
                                                            :          21-cv-950 (VSB)
              -against-                                     :
                                                            :             ORDER
                                                            :
VICTOR M. REYES and MERSE                                   :
BROTHERS, INC.                                              :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On November 16, 2022, I received a letter from the parties stating that mediation efforts had failed, and requesting a briefing schedule for Plaintiff's motion for summary judgment. It is hereby

ORDERED that the parties meet and confer to discuss a briefing schedule for summary judgment. The parties should file a joint letter by December 2, 2022 with (1) a brief description of the status of settlement and mediation discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement, and (2) a proposed briefing schedule for summary judgment motions.

SO ORDERED.

Dated: November 17, 2022
       New York, New York

                                                     _____
                                                     Vernon S. Broderick
                                                     United States District Judge