UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCIS TEMCHESHEN,<br><br>       Plaintiff,<br><br>    -v.-<br><br>MERSE BROTHERS, INC., et al.,<br><br>       Defendants. | 21 Civ. 00950 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  On **Friday, June 30, 2023 at 9:15 a.m.**, the Court will hold a status conference in this matter. The conference will take place by telephone. Counsel should join the conference by dialing 646-453-4442 and entering access code 493 592 385 followed by the pound (#) sign. Members of the public may call the same number but are to keep their phones muted during the proceeding.

  SO ORDERED.

Dated: June 26, 2023
    New York, New York

                    JENNIFER H. REARDEN
                    United States District Judge