UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCIS TEMCHESHEN,

                              Plaintiff,

                -v.-

MERSE BROTHERS, INC. et al.,

                              Defendants.

21 Civ. 00950 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

By **February 26, 2024**, the parties shall file a letter updating the Court on the status of their efforts to settle, including the outcome of the mediation that was scheduled for October 20, 2023, *see* ECF No. 51.

            SO ORDERED.

Dated:  February 20, 2024
        New York, New York

JENNIFER H. REARDEN
United States District Judge